UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
――――――――――――――――――――――――――――――X

THE ANNUITY, WELFARE AND APPRENTICESHIP
SKILL IMPROVEMENT & SAFETY FUNDS OF THE
INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 15, 15A, 15C & 15D, AFL-CIO, BY THEIR
TRUSTEES JAMES T. CALLAHAN, THOMAS A.
CALLAHAN, MICHAEL SALGO and WILLIAM TYSON,
CENTRAL PENSION FUND OF THE INTERNATIONAL
UNION OF OPERATING ENGINEERS, BY ITS CHIEF
EXECUTIVE OFFICER JOSEPH SHELTON, and
INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 15, 15A, 15C & 15D, AFL-CIO BY ITS PRESIDENT
& BUSINESS MANAGER THOMAS A. CALLAHAN,

**PROPOSED ORDER OF
VOLUNTARY DISMISSAL**

22-CIV-7866 (KMK) (JCM)

          Plaintiffs,

  -against-

PRISTINE SERVICES, INC.,

          Defendant.
――――――――――――――――――――――――――――――X

  Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiffs THE ANNUITY, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO, CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO, by their counsel, BRADY McGUIRE & STEINBERG, P.C., hereby give notice that the above-captioned matter is voluntarily dismissed with prejudice as against Defendant PRISTINE SERVICES, INC.

Dated: Tarrytown, New York
    November 29, 2022

                 Respectfully submitted,

                 BRADY McGUIRE & STEINBERG, P.C.

                 */s/ James M. Steinberg*

             By: James M. Steinberg, Esq.
                 Attorneys for Plaintiffs
                 303 South Broadway, Suite 234
                 Tarrytown, New York 10591
                 (914) 478-4293
                 james@bradymcguiresteinberg.com

To: Pristine Services, Inc.
   193 East Lincoln Avenue
   West Harrison, New York 10605
   Attn: Ms. Maria Cristiano

The Clerk is to close this case.

SO ORDERED:

*[signature]*

**The Honorable Kenneth M. Karas
United States District Judge**
   11/29/22